IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEONOR CORTES-CALDERON,

        Plaintiff,

v.

THE DIRT DESTROYERS, LLC,

        Defendant.

Case No. 13-cv-868-wmc

---

## DEFAULT JUDGMENT

---

The defendant, The Dirt Destroyers, LLC, having failed to appear, plead or otherwise defend in this action, and default having been entered on February 14, 2014, and counsel for plaintiff Leonor Cortes-Calderon having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Fed. R. Civ. P. 55(a) and (b);

Judgment is hereby entered in favor of plaintiff Leonor Cortes-Calderon and against defendant The Dirt Destroyers, LLC in the amount of $22,266.11.

_____
s/ A. Wiseman, Deputy Clerk
Peter Oppeneer, Clerk of Court

_____
April 1, 2014
Date